IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DERRIC EMIL THOMPSON,**

    *Petitioner*,

v.                                        Case No.: 4:21cv151-MW/MJF

**M. JOSEPH,**

    *Respondent*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4, and has also reviewed *de novo* Petitioner's objections, ECF No. 5. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 4, is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The habeas petition under 28 U.S.C. § 2241 is **DISMISSED** for lack of jurisdiction." The Clerk shall close the file.

**SO ORDERED on April 22, 2021.**

                                                        s/Mark E. Walker
                                                        **Chief United States District Judge**